## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Kevin Mejia-Quintanilla**<br>DOB: 2004; Honduras | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-06058MJ |

| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 26, 2026, in the District of Arizona, **Kevin Mejia-Quintanilla**, knowing and in reckless disregard of the fact that certain illegal aliens, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 26, 2026, in the District of Arizona (Patagonia), Border Patrol Agents (BPAs) received information from Sonoita Radio Communications Tactical Operations Center (TOC) regarding a black or dark blue Chevrolet Camaro. TOC reported that the vehicle was driving up and down the road, appearing to search for areas to stop and pull off the highway. The vehicle was observed by TOC traveling repeatedly along the route during shift change hours, which is a common tactic employed by smuggling organizations to evade detection. At approximately 1:30 p.m., BPAs observed a dark-colored Chevrolet Camaro pulled over on the north side of the highway. The vehicle subsequently merged back onto State Route (SR) 83 and continued northbound. BPAs ran record checks on Arizona license plate 3MA655. Checks revealed that the Camaro was registered in Phoenix, Arizona. Smuggling organizations operating out of Phoenix, Arizona frequently utilize vehicles registered in that area. BPAs initiated a vehicle stop to perform an immigration inspection on the occupants. The vehicle failed to yield. The Chevrolet Camaro continued northbound on SR 83. BPAs ahead of the pursuit set up to try and spike the vehicle. BPAs were able to successfully immobilize the vehicle, resulting in two flat tires on the driver's side. The vehicle came to a stop at mile marker 20 on SR 83. BPAs approached the Camaro as the driver, later identified as **Kevin Mejia-Quintanilla**, opened

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE:

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 27, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

2606058MJ

**Continued from front page.**

his door. BPAs observed four individuals inside, all wearing camouflage. The subjects admitted to being citizens and nationals of Mexico. Record checks revealed **Mejia** was a citizen and national of Honduras, and the other four occupants, including Azael Garcia-Cervantes and Miguel Angel Terrazas-Dominguez, do not possess the proper documentation to enter, pass through, or remain in the United States legally. Azael Garcia-Cervantes was previously deported from the United States through Nogales, Arizona on June 1, 2025. Miguel Angel Terrazas-Dominguez was previously deported from the United States through Nogales, Arizona on October 14, 2025.

After waving his *Miranda* rights, principal **Kevin Mejia-Quintanilla** stated he is a citizen and national of Honduras who is in the country illegally. He entered the United States illegally through the United States/Mexico Border on April 4, 2022. He currently lives in Phoenix. He was to be paid $2000 for the smuggling of four IAs to Phoenix, Arizona. He admitted he picked up the four IAs in the desert and had contact with an unknown coordinator through the Tic Tok app. He contacted the coordinator the same day he was to pick up the IAs near Parker Canyon Lake. He was to be paid in cash when the smuggling was completed in Phoenix.